1  SHARON L. DOUGLASS MAYO (State Bar No. 150469)
   sharon_douglass_mayo@aporter.com
2  VIKRAM SOHAL (State Bar No. 240251)
   vikram_sohal@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
5  Facsimile:  (213) 243-4199

6  Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| QUARTET MUSIC, INC., RANGE ROAD MUSIC, INC., TITA CAHN AND JAY MORGENSTERN, CO-TRUSTEES OF THE TITA CAHN TRUST D/B/A CAHN MUSIC COMPANY, RAY VAUGHN MUSIC, INC., GLADYS MUSIC ELVIS PRESLEY ENTERPRISES LLC, ALMO MUSIC CORPORATION AND CHRIS ISAAK D/B/A C. ISAAK MUSIC PUBLISHING CO., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>PAT CERO'S, INC. AND MONA D. RELIHAN <br><br>　　　　　Defendants. | Case No.  SACV08-8 DOC (MLGx) <br><br> JUDGMENT |

404271v1

1  Defendants Pat Cero's, Inc. and Mona D. Relihan ("Defendants") having failed
2  to answer or otherwise respond to the Complaint in this action and their Defaults
3  having been duly entered by the Clerk,

4  NOW, upon the Motion of the Plaintiffs and Good Cause appearing therefor, it
5  is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs shall have, and the
6  Clerk is hereby ordered to enter, the following JUDGMENT against Defendants:

7  1. Damages in the sum of $2,500.00 for each count of copyright
8  infringement, for a total of $15,000.00;

9  2. An injunction restraining Defendants and their respective agents,
10  servants, employees, attorneys, and those persons or entities in active participation
11  and concert with them, from publicly performing, or causing or permitting to be
12  publicly performed, in their business establishment known as Cero's, located at 316
13  S. Euclid, in Anaheim, in the state of California, or in any other place owned,
14  controlled or operated by Defendants, any copyrighted musical composition owned
15  by Plaintiffs and any copyrighted musical composition in the repertory of Plaintiffs'
16  performing rights licensing organization, the American Society of Composers,
17  Authors and Publishers ("ASCAP"), without first obtaining proper authorization to
18  do so;

19  3. Attorney's fees in the amount of $6,462.50;
20  4. Costs of this action; and
21  5. Interest as permitted by 28 U.S.C. section 1961.

Dated:__September 4, 2008

*David O. Carter*
UNITED STATES DISTRICT
JUDGE